UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, *as subrogee of* Thomas Carr,<br><br>*Plaintiff*,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>*Defendant*. | Case No.: 1:21-cv-02302 |

## DEFENDANT WHIRLPOOL CORPORATION'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Whirlpool Corporation ("Whirlpool"), expressly reserving all rights otherwise to respond to this lawsuit, hereby removes the above-captioned case, which was filed in the Superior Court of Jasper County, Indiana, as Cause No. 37D01-2107-CT-000682, to the United States District Court for the Southern District of Indiana.

## INTRODUCTION

1. On or about July 30, 2021, Plaintiff State Farm Fire and Casualty Company ("Plaintiff") filed this product liability action entitled *State Farm Fire and Casualty Company a/s/o Thomas Carr v. Whirlpool Corporation*, Cause No. 37D01-2107-CT-000682, in the Superior Court of Jasper County, Indiana.

2. On August 4, 2021, Plaintiff effectuated service on Whirlpool of its Summons and Complaint. *See* Summons and Complaint, collectively attached hereto as **Exhibit A**.

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) on the basis of diversity of citizenship and amount in controversy.

4. This case is removable pursuant to 28 U.S.C. § 1441(b).

5. Pursuant to 28 U.S.C. § 1446(a), Whirlpool has attached to this notice "a copy of all process, pleadings, and orders served upon" it.  See **Exhibit B**.

## DIVERSITY OF CITIZENSHIP

6. Plaintiff State Farm Fire and Casualty Company, is an Illinois company with its principal place of business in Bloomington, Illinois.  Thus, Plaintiff is a citizen of Illinois.

7. Defendant Whirlpool is a Delaware corporation with its principal place of business in Michigan.  Thus, Whirlpool is a citizen of Delaware and Michigan.

8. Whirlpool, the only party in interest properly served as a defendant, is not a citizen of the state of Illinois.  Therefore, complete diversity exists between all the parties.

## AMOUNT IN CONTROVERSY

9. The allegations set forth in the Complaint establish that the amount in controversy in this case exceeds $75,000 exclusive of interest and costs.

10. Plaintiff seeks damages under causes of action for product liability and breach of implied warranty. Plaintiff alleges its insured suffered property damage caused by a Whirlpool washing machine. Specifically, Plaintiff seeks damages in the amount of $142,633.79.  *See* Plaintiff's Complaint, at ¶ 10.

## OTHER REQUIREMENTS FOR REMOVAL

11. Whirlpool was served with the Complaint on August 4, 2021.  Thus, this Notice of Removal is being timely filed within the thirty (30) days of service of initial pleadings pursuant to 28 U.S.C. § 1446(b).

12. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the U.S. District Court for the Southern District of Indiana, is the federal judicial district embracing the Superior Court of Jasper County, Indiana, where the state court action was originally filed.

13. Written notice of the filing of the Notice of Removal will be served on Plaintiff's counsel and filed with the Superior Court of Jasper County, pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal to the United States District Court is attached hereto as **Exhibit C**.

14. As of the date of this filing, there are no pending motions in this matter.

## CONCLUSION

WHEREFORE, Defendant Whirlpool Corporation requests that the above-entitled matter currently pending in the Superior Court of Jasper County, Indiana, be removed to the United States District Court for the Southern District of Indiana.

Dated:  August 20, 2021

Respectfully submitted,

*/s/ Kyle W. LeClere*
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone:  (317) 236-1313
Fax:  (317) 231-7433
Email:  kyle.leclere@btlaw.com

Attorney for Defendant Whirlpool Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kyle W. LeClere
Attorney for *Whirlpool Corporation*