# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY A/S/O THOMAS CARR,<br>  Plaintiff, | )<br>)<br>) |
| vs. | ) CAUSE NO. 1:21-cv-0002302 |
| WHIRLPOOL CORPORATION,<br>  Defendant. | )<br>)<br>) |

## NOTICE OF SETTLEMENT

Comes now the Plaintiff, State Farm Fire and Casualty Company a/s/o Thomas Carr, by counsel, and hereby notifies the Court that the Parties have settled the above-captioned lawsuit. Accordingly, the settlement conference scheduled for February 28, 2022 and all other dates and deadlines herein may be removed from the Court's Calendar. A formal Motion to Dismiss is expected to be filed within approximately 45 days upon satisfaction of settlement arrangement.

Respectfully submitted,

 /s/ *Robert P. Lamey*
Robert P. Lamey, #35810-82
KAHN, DEES, DONOVAN & KAHN, LLP
501 Main Street, Suite 305
P.O. Box 3646
Evansville, Indiana 47735-3646
Telephone: (812) 423-3183
Facsimile: (812) 423-3841
Email: rlamey@kddk.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February 2022, a copy of the foregoing document was sent to the following parties by electronic mail:

Kyle W. LeClere
Barnes & Thornburg, LLP
kleclere@btlaw.com

   /s/ *Robert P. Lamey*
Robert P. Lamey, IN 35810-82