UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY<br>  aso THOMAS CARR,<br><br>              Plaintiff,<br><br>      v.<br><br>WHIRLPOOL CORPORATION,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:21-cv-02302-MPB-SEB<br>)<br>)<br>)<br>)<br>) |

### ORDER OF DISMISSAL

The Court, having considered the Plaintiff's Motion to Dismiss finds that said Motion should be granted. (Dkt. No. 26).

**IT IS, THEREFORE, CONSIDERED, ORDERED AND DECREED** by the Court that this action is dismissed against the Defendant, Whirlpool Corporation, with prejudice and each party to bear their own costs and attorneys' fees.

SO ORDERED.

Date:  April 6, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**DISTRIBUTION TO:**
Robert P. Lamey
rlamey@kddk.com

Kyle W. LeClere
Barnes & Thornburg, LLP
kleclere@btlaw.com